1  Traci L. Shafroth (SBN 251673)
   traci.shafroth@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, California 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500

5  Brian Sieve *(Pending Admission)*
   brian.sieve@kirkland.com
6  Brenton Rogers *(Pending Admission)*
   brenton.rogers@kirkland.com
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, Illinois 60654
   Telephone:    (312) 862-2000
9  Facsimile:    (312) 862-2200

10 Attorneys for Respondent
   MNI, Inc.
11

12 Robert E. Freitas (SBN 80948)
   rfreitas@orrick.com
13 Jacob A. Snow *(Pending Admission)*
   jsnow@orrick.com
14 ORRICK HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
15 Menlo Park, CA 94025
   Telephone: (650) 614-7400
16 Facsimile: (650) 614-7401

17 Attorneys for Petitioner
   MITAC INTERNATIONAL CORPORATION
18

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
7/9/2010

19              **UNITED STATES DISTRICT COURT**

20              **NORTHERN DISTRICT OF CALIFORNIA**

21                     **SAN JOSE DIVISION**

22 | MITAC INTERNATIONAL CORPORATION, | CASE NO. 5:10-CV-02680 JW |
|---|---|
| Petitioner, | HON. JAMES WARE |
| v. | |
| MNI, Inc., | **STIPULATION TO EXTEND TIME TO RESPOND TO PETITION TO CONFIRM ARBITRAL AWARD AND FOR ENTRY OF JUDGMENT (CIV. L.R. 6-1(A))** |
| Respondent. | |

STIPULATION TO EXTEND TIME TO RESPOND TO PETITION            Case No. 5:10-CV-02680 JW

Petitioner MiTAC International Corporation and Respondent MNI, Inc., by and through their attorneys of record, hereby stipulate and agree that pursuant to Civil Local Rule 6-1(a), Respondent shall have up to and including August 4, 2010, to answer or otherwise respond to the Petition to Confirm Arbitral Award and for Entry of Judgment.

**IT IS SO STIPULATED.**

DATED: July 8, 2010                              KIRKLAND & ELLIS LLP

                                                 By: */s/ Traci L. Shafroth*
                                                    TRACI L. SHAFROTH
                                                    Attorneys for Respondent MNI, Inc.

DATED: July 8, 2010                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                 By: */s/ Robert E. Freitas*
                                                    ROBERT E. FREITAS
                                                    Attorneys for Petitioner MiTAC International
                                                    Corporation

**Attestation**

I, Traci L. Shafroth, am the ECF user whose ID and password are being used to file this Stipulation To Extend Time to Respond to Petition to Confirm Arbitral Award And For Entry of Judgment. In compliance with General Order 45, I hereby attest that Robert E. Freitas, counsel for Petitioner, has concurred in this filing.

                                                 By: */s/ Traci L. Shafroth*
                                                    TRACI L. SHAFROTH
                                                    Attorneys for Respondent MNI, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATION TO EXTEND TIME TO RESPOND TO PETITION TO CONFIRM ARBITRAL AWARD AND FOR ENTRY OF JUDGMENT** via the CM/ECF system on July 8, 2010.

DATED: July 8, 2010

By: */s/ Traci L. Shafroth*
Traci L. Shafroth
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Respondent
MNI, Inc.