1  Traci L. Shafroth (SBN 251673)
   traci.shafroth@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, California  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500

5  Brian Sieve *(Pending Admission)*
   brian.sieve@kirkland.com
6  Brenton Rogers *(Pending Admission)*
   brenton.rogers@kirkland.com
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, Illinois  60654
   Telephone:    (312) 862-2000
9  Facsimile:    (312) 862-2200

10 Attorneys for Respondent
   MNI, INC.
11

12 Robert E. Freitas (SBN 80948)
   rfreitas@orrick.com
13 Jacob A. Snow (*Pending Admission*)
   jsnow@orrick.com
14 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
15 Menlo Park, California  94025
   Telephone:  (650) 614-7400
16 Facsimile:  (650) 614-7401

17 Attorneys for Petitioner
   MITAC INTERNATIONAL CORPORATION
18

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MITAC INTERNATIONAL CORPORATION, | CASE NO. 5:10-CV-02680 LHK |
| Petitioner, | HON. LUCY H. KOH |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT (CIV. L.R. 6-2(a)); DECLARATION OF TRACI L. SHAFROTH** |
| MNI, Inc., | |
| Respondent. | |

Petitioner MiTAC International Corporation and Respondent MNI, Inc., by and through their attorneys of record, hereby request and stipulate that pursuant to Civil Local Rule 6-2(a) the deadline to submit the Joint Case Management Statement be extended from August 18, 2010, to September 10, 2010, one week before the Case Management Conference the Court set for September 17, 2010.  This joint stipulation and proposed order is based on the accompanying Declaration of Traci L. Shafroth and all pleadings and other papers on file in this action.

DATED:  August 16, 2010    Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Traci L. Shafroth*
    TRACI L. SHAFROTH
    Attorneys for Respondent MNI, Inc.

DATED:  August 16, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Robert E. Freitas*
    ROBERT E. FREITAS
    Attorneys for Petitioner MiTAC International Corporation

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED,

3 | Dated: August 18, 2010

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Court Judge