1  Traci L. Shafroth (SBN 251673)
   traci.shafroth@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, California 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500

5  Brian Sieve *(Pending Admission)*
   brian.sieve@kirkland.com
6  Brenton Rogers *(Pending Admission)*
   brenton.rogers@kirkland.com
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, Illinois 60654
   Telephone:    (312) 862-2000
9  Facsimile:    (312) 862-2200

10 Attorneys for Respondent
   MNI, INC.
11

12 Robert E. Freitas (SBN 80948)
   rfreitas@orrick.com
13 Jacob A. Snow *(Pending Admission)*
   jsnow@orrick.com
14 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
15 Menlo Park, California 94025
   Telephone: (650) 614-7400
16 Facsimile: (650) 614-7401

17 Attorneys for Petitioner
   MITAC INTERNATIONAL CORPORATION
18

19                     **UNITED STATES DISTRICT COURT**

20                     **NORTHERN DISTRICT OF CALIFORNIA**

21                             **SAN JOSE DIVISION**

| | |
|---|---|
| 22  MITAC INTERNATIONAL CORPORATION, | CASE NO. 5:10-CV-02680 LHK |
| 23            Petitioner, | HON. LUCY H. KOH |
| 24       v. | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE (CIV. L.R. 6-2(a)); DECLARATION OF TRACI L. SHAFROTH** |
| 25  MNI, Inc., | |
| 26            Respondent. | |
| 27 | |
| 28 | |

1  Petitioner MiTAC International Corporation and Respondent MNI, Inc., by and through their
2  attorneys of record, hereby request and stipulate that pursuant to Civil Local Rule 6-2(a) the deadline
3  to submit the Joint Case Management Statement be extended from September 10, 2010, to
4  December 1, 2010, and that the Case Management Conference be rescheduled for December 15,
5  2010.  This joint stipulation and proposed order is based on the accompanying Declaration of Traci
6  L. Shafroth and all pleadings and other papers on file in this action.

8  DATED:  September 8, 2010                    Respectfully submitted,

10                                               KIRKLAND & ELLIS LLP

11                                               By: */s/ Traci L. Shafroth*
                                                    TRACI L. SHAFROTH
12                                                  Attorneys for Respondent MNI, Inc.

14  DATED:  September 8, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP

15                                               By: */s/ Robert E. Freitas*
                                                    ROBERT E. FREITAS
16                                                  Attorneys for Petitioner MiTAC International
                                                    Corporation

1

JOINT STIPULATION TO EXTEND TIME TO FILE CMC STATEMENT AND
RESCHEDULE CMC; SHAFROTH DECLARATION                                   Case No. 5:10-CV-02680 LHK

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: September 13, 2010

4                                                 Honorable Lucy H. Koh
                                               United States District Court Judge

2

JOINT STIPULATION TO EXTEND TIME TO FILE CMC STATEMENT AND
RESCHEDULE CMC; SHAFROTH DECLARATION                                   Case No. 5:10-CV-02680 LHK