**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MITAC INTERNATIONAL CORPORATION, | ) Case No.: 10-CV-02680-LHK |
| | ) |
| Petitioner, | ) ORDER DISMISSING CASE WITH |
| v. | ) PREJUDICE |
| | ) |
| MNI, INC., | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

On November 16, 2010, Plaintiff filed a notice voluntarily dismissing all claims in this case with prejudice.  No defendant has served an answer or a motion for summary judgment. Accordingly, this action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated: November 22, 2010

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02680-LHK
ORDER DISMISSING CASE WITH PREJUDICE